UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIKA L. MCNAMARA, et al.,

    Plaintiffs,

v.                                                    CASE NO. 8:17-cv-3060-T-23TBM

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER**

    1.     The parties must conform to the deadlines proposed in the case management report.

    2.     The parties must adhere to Local Rule 3.06 and to the pretrial disclosure requirements in Rule 26(a)(3), Federal Rules of Civil Procedure.

    3.     Under Local Rules 3.05(c)(2)(E) and 3.05(c)(3)(D), either a motion to amend a pleading or a motion to continue a hearing, the pretrial conference, or the trial is distinctly disfavored after issuance of this order.

    4.     The parties must serve no more than twenty-five interrogatories, including sub-parts.

    5.     The pretrial conference will occur before Magistrate Judge Thomas B. McCoun III in Courtroom 12B, United States Courthouse, 801 North Florida Avenue, Tampa, on **JANUARY 24, 2019 at 10:00 A.M.**

A DISCOVERY DISPUTE FOR WHICH THE PARTIES SEEK JUDICIAL RESOLUTION MUST BE ADDRESSED AT OR BEFORE THE PRETRIAL CONFERENCE, NOT AT TRIAL. THE PARTIES MAY AGREE ON ANY DISCOVERY MATTER, BUT, UNLESS ADDRESSED AT THE PRETRIAL CONFERENCE, EACH PARTY ASSUMES THE RISK OF NON-COMPLIANCE BY THE OTHER PARTY.

6. The lead trial counsel must attend the pretrial conference.

7. A **jury** trial will occur in Courtroom 15A, United States Courthouse, 801 North Florida Avenue, Tampa, during the **FEBRUARY 2019** trial term.

8. At least five days before the monthly trial term, the parties must file:

    (a) a trial brief with citations of authority and with argument of the disputed issues likely to arise at trial;

    (b) a concise (preferably one paragraph) joint statement of the action for presentation to the venire;

    (c) proposed jury instructions;

    (d) proposed verdict forms; and

    (e) proposed voir dire.

ORDERED in Tampa, Florida, on February 2, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE