UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIKA L. MCNAMARA, et al.,

    Plaintiffs,

v.                                   Case No.: 8:17-cv-03060-SDM-AEP

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Defendant.

_____/

**<u>ORDER</u>**

This cause came before the Court for a final pretrial conference, pursuant to Fed. R. Civ. P. 16(e) and Local Rule 3.06. Upon review of the Amended Joint Pretrial Statement (Doc. 209), it is hereby

ORDERED:

1.    All pleadings filed by any party prior to filing of the Amended Joint Pretrial Statement (Doc. 209) shall be deemed to be merged herein. The Amended Joint Pretrial Statement and this Order will control the course of the trial and may not be amended, except by order of the Court in the furtherance of justice.

2.    The trial is hereby scheduled to commence on **April 15, 2024, at 1:30 PM in Tampa in Courtroom 15A before United States District Judge Steven D. Merryday**. The parties represented at the final pretrial conference that they would require 5 to 6 days to complete the trial.

3.    If new evidence or witnesses are discovered after the date of this Pretrial Order, any party desiring to use this new evidence or new witnesses shall immediately notify the opposing party and the Court. The introduction of such new evidence or testimony shall be permitted only by order of the Court in the furtherance of justice.

4.    No objections to evidence based upon discovery issues will be considered at trial, absent order of the Court.

5.    Unless otherwise ordered on or before five (5) days prior to the April 15, 2024 trial date, counsel for each party shall examine the opposing party's exhibits, and the parties shall arrive at any stipulations regarding the admissibility of such exhibits and be prepared to announce to the Court, at the outset of the trial, such stipulations as will streamline the introduction of the evidence at trial.

6.    No later than five (5) days prior to the April 15, 2024 trial date, the parties shall file: (1) a trial brief with citations of authority and with argument of the disputed issues likely to arise at trial; (2) a concise (preferably one paragraph) joint statement of the action for presentation to the venire; (3) proposed jury instructions; (4) proposed verdict forms; and (5) proposed *voir dire*. (*See* Doc. 11 ¶ 8).

7.    The parties shall adhere to all other previously set pretrial deadlines, absent further order of the Court.

DONE AND ORDERED in Tampa, Florida, on this 22nd day of February 2024.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record